DAVID A. HUBBERT
Deputy Assistant Attorney General

DANIEL A. APPLEGATE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Of Counsel:
S. LANE TUCKER
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANNA M. RIEZINGER-VON REITZ a/k/a ) <br> ANNA MARIA RIEZINGER a/k/a ANNA M. ) <br> BELCHER, ) <br> ) <br> Defendant. ) | Case No. 3:23-cv-260-JMK |

**MOTION TO EXTEND TIME TO SERVE COMPLAINT
AND TO SERVE BY NOTICE AND PUBLICATION**

Plaintiff, United States of America, requests that the Court extend the time for the

United States to serve Defendant Anna M. Riezinger-Von Reitz by 90 days and to allow

the United States to first serve Riezinger-Von Reitz through the Alaska Court System's

1

legal notice website, pursuant to Fed. R. Civ. P. 4(e) and Rule 4(e)(2) of the Alaska Rules of Civil Procedure and, should Riezinger-Von Reitz not respond to the complaint after four weeks of such notice, to allow the United States to serve Riezinger-Von Reitz by publication pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4(e)(3) of the Alaska Rules of Civil Procedure.

On November 13, 2023, the United States filed this lawsuit to reduce to judgment federal income taxes assessed against Riezinger-Von Reitz for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009. Under Fed. R. Civ. P. 4(m), the United States' deadline to serve Riezinger-Von Reitz is February 12, 2024 (as the actual 90th day, February 11, 2024, is a Sunday).

Fed. R. Civ. P. 4(m) requires that the Court "must extend the time for service for an appropriate period" upon a showing of good cause. As set forth above, the United States has made diligent efforts to 1) attempt to locate Riezinger-Von Reitz and 2) serve Riezinger-Von Reitz during the 90 days for service prescribed by Fed. R. Civ. P. 4. But, despite those efforts, the process server engaged by the United States has been unable to definitively locate and serve her.

The United States hired a process server who attempted to serve Riezinger-Von Reitz at two addresses on at least 3 occasions, as set forth in the attached affidavit of process server Jeremiah Linquist.

On December 7, 2023, the server attempted to serve Riezinger-Von Reitz at 1336 Staubbach Circle, Anchorage, Alaska 99508. The individual residing at that address

2

United States v. Riezinger-Von Reitz
Case No. 3:23-cv-260-JMK

Case 3:23-cv-00260-JMK   Document 4   Filed 02/12/24   Page 2 of 7

informed the server that Riezinger-Von Reitz does not reside there but that mail addressed to her is sometimes delivered to that address. The resident there also advised the server to get off the property.[1]

On December 19, 2023 and January 3, 2024, the server attempted to serve Riezinger-Von Reitz at 2390 South Park Rd., Big Lake, Alaska 99652, the address that Riezinger-Von Reitz provided to the Anchorage Police Department following a car accident in February 2023. On the second attempt at this address, the man who answered the door claimed he did not live there but was only watching the house and refused to provide any information to the server regarding the whereabouts of Riezinger-Von Reitz. The server was unable to make further attempts at this address due to adverse weather conditions preventing travel from Anchorage to Big Lake, Alaska.

Because, upon information and belief, Riezinger-Von Reitz and others are actively concealing her whereabouts or otherwise avoiding service attempts, the Court should permit the United States an additional period of time to serve Riezinger-Von Reitz by certified mail and, if unsuccessful, publication, as permitted by Fed. R. Civ. P 4(e)(1), which provides for service "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."

---

[1] Presumably based on the resident's age and adversarial demeanor, the process server speculated that the resident with whom the server spoke may be Riezinger-Von Reitz's father. Upon information and belief, Riezinger-Von Reitz's father is deceased. The resident at this address is possibly a contemporary associate of Riezinger-Von Reitz and this is more likely the reason for the resident's hostility when questioned about Riezinger-Von Reitz or asked to provide the server's contact information to Riezinger-Von Reitz.

Alaska state law provides for service through the Alaska Court System's legal notice website or in any "manner that is reasonably calculated to give the party actual notice of the proceedings and an opportunity to be heard." Alaska R. Civ. P. 4(e)(2) permits service through a notice continuously posted for four consecutive weeks on the Alaska Court System's legal notice website. Alaska R. Civ. P. 4(e)(3) permits service by "publication of the notice in a print or online newspaper or other publication at least once a week for four consecutive weeks … or any method the court determines to be reasonable and appropriate." Rule 4(e)(2) and 4(e)(3) further require that, simultaneously, a copy of the notice and the complaint or the pleading be sent to the defendant by registered or certified mail *and* by regular first-class mail to the party's residence or the place where the party usually receives mail. *See id.*

The United States seeks additional time to attempt service through notification and publication. Under both methods of service, we will also send a copy of the summons and complaint to Riezinger-Von Reitz's last known address that she provided to the Anchorage Police Department in 2023 (2390 South Park Rd., Big Lake, Alaska 99652), and her self-identified mailing address of P.O. Box 520994, Big Lake, Alaska, by certified and regular mail. Although Riezinger-Von Reitz maintains a presence on the internet with frequent postings, including on current events that reflect the timing of her posts, the website claims to be run by someone in Montana. *See* https://www.annavonreitz.com/index.html. The only contact information that Riezinger-Von Reitz provides on this website is the above-identified post office box in Big Lake,

4

United States v. Riezinger-Von Reitz
Case No. 3:23-cv-260-JMK

Case 3:23-cv-00260-JMK    Document 4    Filed 02/12/24    Page 4 of 7

Alaska; the website does not appear to list an email address for Riezinger-Von Reitz. Thus, service by email or other means is not a feasible alternative.

Before making this request, the United States conducted a diligent inquiry to locate Riezinger-Von Reitz, described in the Declaration of Daniel Applegate, as Alaska state law for serving a summons requires. This inquiry included:

- Searching Alaska court records, available at https://records.courts.alaska.gov/eaccess/home.page.2, which showed that the case captioned *Municipality of Anchorage vs. Riezinger, Anna Maria*, 3AN-23-03095MO, was opened on April 11, 2023 and closed on April 14, 2023 with judgment entered against Riezinger-Von Reitz after she failed to appear for a hearing on a traffic citation.

- After discovering the above court proceeding, contacting the Anchorage Police Department, through an IRS agent, to obtain a copy of an Alaska Motor Vehicle Collision Report for Incident/Case# A230370443 / 23-004147, involving Riezinger-Von Reitz, in which an officer recorded that Riezinger-Von Reitz did not possess a valid driver's license, received a citation, and provided her address as 2390 South Park Rd., Big Lake, Alaska 99652. The report also identifies the vehicle involved in the accident, including the VIN number and license plate number. However, a current public records vehicle search through Lexis reveals only older information pertaining to this vehicle identifying another individual as the vehicle owner.

- Alaska court records also showed that on March 15, 2022, a complaint for eviction against Riezinger-Von Reitz was filed in the case captioned *Klein, David vs. Bookey, Shannon et al.*, 3PA-22-01194CI, related to the property at 17275 S. Moose Haven Circle, Wasilla, AK 99623. The court entered a partial judgment for possession and costs on March 22, 2022, with the eviction date set for March 29, 2022 at noon. Riezinger-Von Reitz filed a motion challenging that order, which the court denied.

- Re-checking Lexis public records and inputting in the search function Riezinger-Von

Reitz's name and social security number to determine if public records may show that Riezinger-Von Reitz now resides at another address. The only address that Lexis provides is the long-time address in Minnesota of an individual who is believed to be Riezinger-Von Reitz's sister.

- Confirming that Riezinger-Von Reitz only provided the IRS with her address at P.O. Box 520994, Big Lake, AK 99652.

- The IRS provided an alternative address of a known affiliate of Riezinger-Von Reitz, with whom she may reside, at 1336 Staubbach Circle, Anchorage, AK 99508. However, the resident at that address told the process server that Riezinger-Von Reitz did not reside there and was otherwise non-cooperative, as discussed above and in the process server's affidavit.

- On the petition Riezinger-Von Reitz filed on or about January 23, 2012 in United States Tax Court challenging the income tax liabilities that are the subject of this lawsuit, in the case captioned *Anna M. Riezinger-Von Reitz & James C. Belcher v. Commissioner of Internal Revenue*, case no. 1984-12, Riezinger-Von Reitz identified her address as P.O. Box 520994, Big Lake, AK 99652.

- Searching the website where Riezinger-Von Reitz's writings are publicly posted, https://www.annavonreitz.com/index.html, to search for any other means to contact Riezinger-Von Reitz. Upon information and belief, the only contact information Riezinger-Von Reitz provides on this website is P.O. Box 520994, Big Lake, AK 99652. The website also solicits donations to Riezinger-Von Reitz through a link to a third-party website that processes any donations.

- Inquiring whether the IRS has any information identifying a current possible address for Riezinger-Von Reitz reported by Riezinger-Von Reitz or third-parties (such as financial institutions or banks), or identifying an employer of Riezinger-Von Reitz. The IRS does not have information showing an employer or showing an address other than where the process server attempted service.

As described above, the United States has made diligent efforts to locate

6

United States v. Riezinger-Von Reitz
Case No. 3:23-cv-260-JMK

Case 3:23-cv-00260-JMK   Document 4   Filed 02/12/24   Page 6 of 7

Riezinger-Von Reitz and shown good cause that the Court should grant the United States 90 additional days to serve Riezinger-Von Reitz through the Alaska Court System's legal notice website and, should Riezinger-Von Reitz still not respond to the complaint, permit the United States to serve Riezinger-Von Reitz by publication through the procedures in Alaska R. Civ. P. 4(e)(2) and 4(e)(3).

DATED: February 12, 2024

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        s/ Daniel A. Applegate
        DANIEL A. APPLEGATE
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 7238, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 353-8180
        Fax: (202) 514-6770
        daniel.a.applegate@usdoj.gov

        Of Counsel:
        S. LANE TUCKER
        United States Attorney
        *Attorneys for the United States of America*