RECEIVED MAR 2024 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK



Criminal Complaint of Fraud Upon the Court  March 6th 2024

In Re: Daniel Applegate, Esq.

Case Brought to: UNITED STATES DISTRICT COURT for District of Alaska

Civil Action: 3:23-cv-00260-JMK

Testimony in the Form of an Affidavit (copy and mailing receipt attached) provided to Mr. Applegate as of February 23rd 2024; Addendum returned to Mr. Applegate (copy and mailing receipt attached) as of March 6th 2024; Additional Testimony now provided to the Office of the Judge Advocate General and Mr. Applegate and the UNITED STATES DISTRICT COURT for District of Alaska and the Alaska State Troopers:

(1) Mr. Applegate has persisted in operating extra-territorially to the District of Columbia and the Municipality of Washington, DC., and also in misaddressing me as a Federal Dual Citizen;

(2) Mr. Applegate has continued to abuse the Royal Mail Service to address both an imaginary Municipal franchise corporation using a name similar to mine and the Estate of a British Territorial Person using the same fictional name and is sending correspondence to me, an American who holds all true and beneficial interest, including survivorship interest in the Anna Maria Riezinger Name and Estate--- as if his Legal Fictions had anything to do with me;

(3) Mr. Applegate has additionally persisted in bringing claims before the UNITED STATES DISTRICT COURT for the District of Alaska; if he means to address me, which he indicates by continuing to misaddress Royal Mail Service to me, it is apparent that I am owed the services of the District Courts of the United States, not the UNITED STATES DISTRICT COURT for any "District" of Alaska or any "District" Personnel thereof;

(4) This willful Pretense on the part of Mr. Applegate is Fraud Upon the Court, fraud upon the Post Office, and attempted personage and barratry by an Officer of the Department of Justice;

(5) This Notice and Criminal Complaint is being forwarded to the referenced Court, the Office of the Judge Advocate General and the Alaska State Troopers for prosecution;

(6) So said, so signed, so sealed this 7th day of March 2024 in Big Lake, Alaska, By:

by: Anna Maria Riezinger ©, without prejudice.
without prejudice
Notary Witness

Matanuska-Susitna County

Alaska

Today, I was visited by the woman known to be Anna Maria Riezinger and she did execute this Criminal Complaint of Fraud Upon the Court before me, in Witness whereof I place my Signature and Seal as a Public Notary: _____ ; my commission expires: 01/09/27.

OFFICIAL SEAL
P. Mazonna-Jones
Notary Public-State of Alaska
My Comm. Expires: 01/09/2027

State of Alaska
County of Matanuska-Susitna Borough
On this 7th day of March, 2024, I certify that the preceding/attached document is true, exact, complete and unaltered photocopy made by Anna Maria Riezinger of Big Lake, Alaska.

Notary Public
My Commission Expires 01/09/27

EI 535 844 329 US



**PRIORITY MAIL EXPRESS® FLAT RATE ENVELOPE**

FROM:
Anna Maria Riezinger
In care of Box 520994
Big Lake, Alaska 99652

TO:
US DC
222 W 7th Ave, Rm 209
Box/Suite 4
Anchorage, Alaska 99513

U.S. POSTAGE PAID
PME
WASILLA, AK 99654
MAR 07, 2024

EI 535 844 329 US

PO ZIP Code: 99654
Scheduled Delivery Date: 03/09/24
Postage: $30.45
Date Accepted: 03/07/24
Scheduled Delivery Time: 6:00 PM
Time Accepted: 12:23 PM
Acceptance Employee Initials: LEP
Total Postage & Fees: 30.45