DAVID A. HUBBERT
Deputy Assistant Attorney General

DANIEL A. APPLEGATE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Of Counsel:
S. LANE TUCKER
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-260-JMK |
| ANNA M. RIEZINGER-VON REITZ a/k/a ANNA MARIA RIEZINGER a/k/a ANNA M. BELCHER, | ) ) ) ) ) |
| Defendant. | ) |

**DECLARATION OF DANIEL APPLEGATE**

I, Daniel A. Applegate, counsel for the United States in this case, declare as follows:

1. On February 13, 2024, I emailed a copy of the complaint and summons filed in this lawsuit to the office of the Clerk of the Court for the Superior Court for the State of Alaska at Anchorage for posting on the court's legal notice website. On

1

March 18, 2024, a court clerk emailed me a Clerk's Certificate of Service stating that the notice of the complaint and summons filed in this lawsuit was posted continuously for four weeks on the Alaska Court System's legal notice website from February 15, 2024 to March 16, 2024. A true and correct copy of this Clerk's Certificate of Service is attached as Exhibit 1.

2. On February 15, 2024, I caused to be sent to Defendant Anna M. Riezinger-Von Reitz copies of the complaint and summons filed in this lawsuit by:

- certified mail sent to Anna M. Riezinger-Von Reitz at 2390 South Park Rd., Big Lake, Alaska 99652. A true and correct copy of the envelope containing the complaint and summons is attached as Exhibit 2.
- regular U.S. mail sent to Anna M. Riezinger-Von Reitz at 2390 South Park Rd., Big Lake, Alaska 99652. A true and correct copy of the envelope containing the complaint and summons is attached as Exhibit 3.
- certified mail sent to Anna M. Riezinger-Von Reitz at P.O. Box 520994, Big Lake, Alaska 99652. A true and correct copy of the envelope containing the complaint and summons is attached as Exhibit 4.
- regular U.S. mail sent to Anna M. Riezinger-Von Reitz at P.O. Box 520994, Big Lake, Alaska 99652. A true and correct copy of the envelope containing the complaint and summons is attached as Exhibit 5.

3. I have attached as Exhibit 6 a true and correct copy of the tracking information for the certified mail sent to Anna M. Riezinger-Von Reitz at 2390 South Park Rd.,

Big Lake, Alaska 99652, printed from the U.S. Postal Service website, showing that the mail was retrieved from the post office at 4:11 p.m. on February 21, 2024.

4. I have attached as Exhibit 7 a true and correct copy of the tracking information for the certified mail sent to Anna M. Riezinger-Von Reitz at P.O. Box 520994, Big Lake, Alaska 99652, printed from the U.S. Postal Service website, showing that the mail was retrieved from the post office at 4:11 p.m. on February 21, 2024.

5. I have attached as Exhibit 8 a true and correct copy of the regular mail sent to Anna M. Riezinger-Von Reitz at 2390 South Park Rd., Big Lake, Alaska 99652, marked "return to sender," that I received by mail on or about March 18, 2024.

6. I have attached as Exhibit 9 a true and correct copy of the U.S. Postal Service Priority Express mail bearing the return address of Anna Maria Riezinger, P.O. Box 520994, Big Lake, Alaska 99652, that was sent to my attention on February 23, 2024, and that included a copy of the summons and complaint in this action.

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2024

/s/ Daniel A. Applegate
DANIEL A. APPLEGATE
Trial Attorney, Tax Division