# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA v. ANNA M. RIEZINGER-VON REITZ

CANDICE DUNCAN, CLERK OF COURT

| | |
|---|---|
| DEPUTY CLERK<br>Suzannette David | CASE NO. 3:23-cv-00260-JMK |

PROCEEDINGS: **CLERK'S NOTICE**　　　　　　　　　DATE: April 18, 2024

It appearing from the records in the above-entitled action summons issued on the complaint has been served pursuant to Federal Rules of Civil Procedure upon the below named defendant(s); and it appearing from the affidavit of counsel for plaintiff and the records herein that the below named defendant(s) has failed to plead or otherwise defend in said action as required by said summons and provided for by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for plaintiff, the DEFAULT as aforesaid, of the following defendant: Anna M. Riezinger-Von Reitz in the above-entitled action is hereby entered.