DAVID A. HUBBERT
Deputy Assistant Attorney General

DANIEL A. APPLEGATE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Of Counsel:
S. LANE TUCKER
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-260-JMK |
| | ) | |
| ANNA M. RIEZINGER-VON REITZ a/k/a | ) | |
| ANNA MARIA RIEZINGER a/k/a ANNA M. | ) | |
| BELCHER, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF REVENUE OFFICER FARRELL STEVENS

I, Farrell Stevens, declare:

1.     I am a duly commissioned Revenue Officer employed by the Internal Revenue

Service with a post of duty in Salt Lake City, Utah.

2. In my capacity as a Revenue Officer, I am assigned to collect the federal tax liabilities of Anna Riezinger-Von Reitz.

3. In the course of performing my duties, I have access to and have examined the records of the IRS in connection with the outstanding federal income tax liabilities of Anna M. Riezinger-Von Reitz, including Forms 4340, Certificate of Assessments, Payments, and Other Specified Matters (hereinafter "Form 4340"). I am also familiar with the IRS's record-keeping practices.

4. The taxes, interest, and penalties alleged in paragraph 10 of the Complaint (ECF No. 1 at 3), and admitted by Riezinger-Von Reitz's default, do not reflect unassessed statutory interest that continues to accrue on the unpaid balance of the assessments until they are paid. Accordingly, to determine the amount of unassessed statutory interest that continues to accrue on an unpaid assessed liability, the IRS routinely uses and relies upon the "INTST" command code to calculate and track up-to-date interest calculations for a tax period where the taxpayer owes a balance. IDRS performs interest computations by applying the statutory interest rate, compounded daily.

5. I have used the IRS's IDRS system and the INTST command code to compute and obtain the amount of unassessed statutory interest that has accrued on the unpaid balance on tax and interest assessments described above through May 10, 2024, for each tax year. The following balances for the federal income tax liabilities assessed by a delegate of the Secretary of the Treasury against Anna M. Riezinger-Von Reitz's for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009,

2

which include assessed and unassessed interest and statutory additions as of May 10, 2024, less any payments or credits, are as follows:

| Tax Year | Amount of Tax and Penalties Assessed | Amount of Statutory Interest Assessed | Amount Owed as of May 10, 2024 |
|---|---|---|---|
| 2002 | $62,195.40 | $78,930.59 | $158,240.61 |
| 2003 | $91,394.59 | $104,512.71 | $219,700.22 |
| 2004 | $39,688.41 | $41,737.79 | $91,315.42 |
| 2005 | $107,679.51 | $100,269.63 | $233,204.55 |
| 2006 | $71,911.82 | $57,546.77 | $145,181.32 |
| 2007 | $63,670.40 | $44,529.48 | $121,340.75 |
| 2008 | $58,441.80 | $35,429.22 | $105,271.64 |
| 2009 | $86,374.28 | $47,644.11 | $150,294.90 |
| Total Owed as of May 10, 2024: $1,224,549.41 | | | |

4.  As of May 10, 2024, Anna M. Riezinger-Von Reitz's total balance due for unpaid federal income taxes, along with accrued interest and statutory additions, for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009 is $1,224,549.41.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2024.

_____
Farrell Stevens
Revenue Officer
Internal Revenue Service