DAVID A. HUBBERT
Deputy Assistant Attorney General

DANIEL A. APPLEGATE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Of Counsel:
S. LANE TUCKER
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-260-JMK |
| ) | |
| ANNA M. RIEZINGER-VON REITZ a/k/a ) | |
| ANNA MARIA RIEZINGER a/k/a ANNA M. ) | |
| BELCHER, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF DANIEL APPLEGATE**

I, Daniel A. Applegate, counsel for the United States in this case, declare as follows:

1. Upon information and belief, Anna M. Riezinger-Von Reitz is not incompetent or an infant. On May 10, 2024, I consulted the Department of Defense Manpower Data Center Service Members' Civil Relief Act database at

1

https://scra.dmdc.osd.mil/scra/#/single-record, and entered in its search parameters Anna M. Riezinger-Von Reitz's name and Social Security number. The database did not possess any information indicating that Anna M. Riezinger-Von Reitz is currently on active duty in the United States military. A copy of the database report for Anna M. Riezinger-Von Reitz is attached as Exhibit A.

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2024

/s/ Daniel A. Applegate
DANIEL A. APPLEGATE
Trial Attorney, Tax Division