# UNITED STATES DISTRICT COURT
for the
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:23-cv-00260-JMK |
| | ) | |
| ANNA M. RIEZINGER-VON REITZ | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this judgment is entered in favor of the United States and against Anna M. Riezinger-Von Reitz in the amount of $1,224,549.41 plus statutory interest and additions accruing after May 10, 2024.

APPROVED:

s/Joshua M. Kindred
Joshua M. Kindred
United States District Judge

Date: June 5, 2024

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*