DANIEL A. APPLEGATE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Of Counsel:
MICHAEL J. HEYMAN
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ANNA M. RIEZINGER-VON REITZ a/k/a  )<br>ANNA MARIA RIEZINGER a/k/a ANNA M.  )<br>BELCHER,  )<br>)<br>Defendant.  ) | Case No. 3:23-cv-260 |

**JUDGMENT CREDITOR UNITED STATES'**
***EX PARTE* APPLICATION FOR WRIT OF GARNISHMENT**

Judgment Creditor the United States of America, in accordance with 28 U.S.C. § 3205, applies to the Clerk of the United States District Court for the District of Alaska to issue a Writ of Garnishment to the Garnishee Revolut Technologies, Inc. The Writ of Garnishment is to collect the judgment entered in this case against the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher. On

June 5, 2024, the Court entered judgment in favor of the United States and against Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, in the amount of $1,224,549.41 plus statutory interest and additions accruing after May 10, 2024. (ECF No. 11.) The judgment is for federal income tax liabilities assessed against Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, along with accrued interest and statutory additions and fees, for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009.

Pursuant to 28 U.S.C. § 3205(b)(1)(B), the United States demanded payment of the above-stated debt on April 18, 2025, which is more than 30 days before the date of this filing, and the Judgment Debtor has failed to satisfy the debt. As of September 25, 2025, the amount of the judgment debt is $1,357,066.92. The Judgment Debtor's last known address is 2390 South Park Rd., Big Lake, Alaska 99652, and mailing address is P.O. Box 520994, Big Lake, Alaska 99652, and her Social Security Number is XXX-XX-2350.[1]

The Garnishee is believed to have, or will have, possession, custody, or control of property in which the Judgment Debtor has a substantial nonexempt interest, including all deposit accounts.

The name and address of the Garnishee are:

>    Revolut Technologies, Inc.
>    107 Greenwich Street, 20th Floor
>    New York, NY 10006

---

[1] The Judgment Debtor's full Social Security number is being withheld from this filing for privacy reasons. However, the United States will provide the Social Security number to the Garnishee upon request, if necessary to comply with the Writ of Garnishment.

The United States requests, pursuant to 28 U.S.C. § 3205, that the Court issue the attached Writ of Garnishment. The United States also requests, pursuant to Rule 4.1 of the Federal Rules of Civil Procedure, that it be permitted to effect service of the Writ of Garnishment by its agents, employees, private process server, or the United States Marshals Service.

WHEREFORE, the United States of America petitions the Clerk of the United States District Court for the District of Alaska to issue a Writ of Garnishment upon the Garnishee.

Dated: September 25, 2025

Respectfully submitted,

 s/ Daniel A. Applegate
DANIEL A. APPLEGATE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Of Counsel:
MICHAEL J. HEYMAN
United States Attorney
*Attorneys for the United States of America*