IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANNA M. RIEZINGER-VON REITZ a/k/a ) <br> ANNA MARIA RIEZINGER a/k/a ANNA M. ) <br> BELCHER, ) <br> ) <br> Defendant. ) | Case No. 3:23-cv-260 |

**ORDER FOR ISSUANCE OF WRIT OF GARNISHMENT**

Before the Court is the United States' Application for a Writ of Garnishment. After consideration, the Court finds the application meets the requirements of 28 U.S.C. §§ 3202 and 3205 and grants the writ. Therefore,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall issue a Writ of Garnishment to the Garnishee and a Clerk's Notice of Garnishment, and provide them to the United States. Pursuant to 28 U.S.C. §§ 3004 and 3205(c)(3), the United States shall serve the Garnishee with a copy of the Application, the Writ of Garnishment, the Clerk's Notice of Garnishment, and an answer form with instructions for compliance. The United States shall serve the Writ of Garnishment to the Garnishee pursuant to Rule 4.1 of the Federal Rules of Civil Procedure and may effect service by its agents, employees, private process server, or the United States Marshals Service. After the Garnishee has been served, the United States shall serve Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, as well as each person whom the United States has

1

reasonable cause to believe has an interest in the garnished property, pursuant to Rule 5 of the Federal Rules of Civil Procedure, with a copy of the Application, the Writ of Garnishment, the Clerk's Notice of Garnishment, and a form for requesting a hearing, claiming exemptions, and requesting a change of venue, along with instructions.

Unless otherwise ordered by this Court, the Writ of Garnishment shall be continuing and shall terminate only as provided in 28 U.S.C. § 3205(c)(7) or (10); and counsel for the United States shall certify that each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ of Garnishment, has been served at least 20 days before filing a motion for a disposition order under 28 U.S.C. § 3205(c)(7).

**SO ORDERED, ADJUDGED, AND DECREED.**

Signed this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE