IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )
              Plaintiff,             )
                                     )
       v.                            )        Case No. 3:23-cv-260
                                     )
ANNA M. RIEZINGER-VON REITZ a/k/a    )
ANNA MARIA RIEZINGER a/k/a ANNA M.   )
BELCHER,                             )
                                     )
              Defendant.             )

## WRIT OF GARNISHMENT

TO:   **Revolut Technologies, Inc.**
      **107 Greenwich Street, 20th Floor**
      **New York, NY 10006**

An application for a Writ of Garnishment to collect the property of Judgment

Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher

has been filed with this Court on behalf of the United States. On June 5, 2024, the Court

entered judgment in favor of the United States and against Anna M. Riezinger-Von Reitz

a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, in the amount of $1,224,549.41 plus

statutory interest and additions accruing after May 10, 2024. (ECF No. 11.) The judgment

is for federal income tax liabilities assessed against Anna M. Riezinger-Von Reitz a/k/a

Anna Maria Riezinger a/k/a Anna M. Belcher, along with accrued interest and statutory

additions and fees, for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009.

The balance of the judgment as of September 25, 2025, is $1,357,066.92. The

Judgment Debtor's last known address is 2390 South Park Rd., Big Lake, Alaska 99652,

and mailing address is P.O. Box 520994, Big Lake, Alaska 99652, and her Social Security Number is XXX-XX-2350. This writ attaches to all property in which the Judgment Debtor has a substantial nonexempt interest in your custody, possession or control, and is continuing so that it attaches to such property that comes into your possession, custody or control in the future. **You are required by law to answer this Writ in writing, within 10 days, and state under oath:**

  1)  whether you have in your custody, control or possession, any property in which the Judgment Debtor has a substantial nonexempt interest;

  2)  a description of all such property and its value;

  3)  a description of any previous garnishments involving the property and the extent to which the remaining property is not exempt; and

  4)  whether you anticipate owing the Judgment Debtor any future payments including non-exempt disposable earnings, and whether such payments are made weekly, bi-weekly, monthly or another specified period.

  You must file the original copy of your written answer to this Writ within 10 days of service of this Writ by mailing it to the Court at:

> **United States District Court for the District of Alaska**
> **Office of the Clerk**
> **U.S. District Court**
> **222 W. 7th Avenue, Room 229, Box/Suite #4**
> **Anchorage, AK 99513**

Additionally, you are required by law to serve a copy of your Answer upon the Judgment Debtor at:

**Anna Maria Riezinger-Von Reitz**
**P.O. Box 520994**
**Big Lake, Alaska 99652**

**Anna Maria Riezinger-Von Reitz**
**2390 South Park Rd.**
**Big Lake, Alaska 99652**

and upon the United States at:

**Dan Applegate**
**Trial Attorney, Tax Division**
**U.S. Department of Justice**
**Ben Franklin Station, P.O. Box 7238**
**Washington, DC 20044**

Under the law, there is property which is exempt from this Writ of Garnishment. A summary of the major exemptions that apply in most circumstances in the state of Alaska (where the debtor is and has been domiciled) is listed on the enclosed Clerk's Notice.

**Effective immediately upon receipt of this Writ of Garnishment, you are required to withhold and retain any property in which the Judgment Debtor has a substantial nonexempt interest.** You must continue to withhold and retain any property in which the Judgment Debtor has a substantial nonexempt interest and for which the Garnishee is or may become indebted to the Judgment Debtor, pending further order of the Court.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States may petition the Court for an order requiring you to appear before the Court to explain your reason for not doing so. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the Judgment Debtor's nonexempt property. The

3

Court may also award a reasonable attorney's fee against you if the Writ is not answered within the time specified and the United States files a petition requiring you to appear.

Pursuant to 15 U.S.C. § 1674, the Garnishee is prohibited from discharging the Judgment Debtor from employment by reason of the fact that his earnings have been subject to garnishment.

It is unlawful to pay or deliver to the Judgment Debtor any item attached by this Writ. This Writ is continuing in nature and shall terminate, pursuant to 28 U.S.C. § 3205(c)(10), only by court order, exhaustion of the attached property, or satisfaction of the debt.

Date: _____

CANDICE M. DUNCAN
CLERK OF COURT

By: _____
**DEPUTY CLERK**
Clerk of the Court
District of Alaska

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-260 |
| ) | |
| ANNA M. RIEZINGER-VON REITZ a/k/a ) | |
| ANNA MARIA RIEZINGER a/k/a ANNA M. ) | |
| BELCHER, ) | |
| ) | |
| Defendant. ) | |

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT
AND INSTRUCTIONS TO JUDGMENT DEBTOR**

TO:   **Anna Maria Riezinger-Von Reitz
P.O. Box 520994
Big Lake, Alaska 99652**

          **Anna Maria Riezinger-Von Reitz
2390 South Park Rd.
Big Lake, Alaska 99652**

YOU ARE HEREBY NOTIFIED that your non-exempt property that is held by

Revolut Technologies, Inc. is being taken by the United States, which has a judgment in

the above-captioned case against you in the amount of $1,224,549.41 plus statutory

interest and additions accruing after May 10, 2024. The judgment is for federal income

tax liabilities assessed against Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger

a/k/a Anna M. Belcher, along with accrued interest and statutory additions and fees, for

tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009.

YOU ARE FURTHER NOTIFIED that there are exemptions under the law that

may protect some of your property from being taken by the United States if you can show

the exemptions apply.  The law of the State where you have been domiciled the greater part of the last 180 days governs your right to exemptions. Below is a summary of the major exemptions which apply in most situations in the State of Alaska. Please note that the descriptions below are summaries of complicated statutes. The list provided includes important exemption claims but may not include exemptions applicable in unusual situations or to your case. You should refer to applicable law for complete descriptions of the provisions set out below and for other laws that may apply in your situation.

You can claim exemptions by checking the items Section I, below, that are generally exempt under the Bankruptcy Code, § 522(d), **OR** in Section II, below:

## I.     Bankruptcy Code Exemptions as listed in 11 U.S.C. § 522(d)

\_\_\_ 1. The debtor's aggregate interest, not to exceed $27,900 in value, in real property or personal property that the debtor or a dependent of the debtor uses as a residence, in a cooperative that owns property that the debtor or a dependent of the debtor uses as a residence, or in a burial plot for the debtor or a dependent of the debtor.

\_\_\_ 2. The debtor's interest, not to exceed $4,450 in value, in one motor vehicle.

\_\_\_ 3. The debtor's interest, not to exceed $700 in value in any particular item or $14,875 in aggregate value, in household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical instruments, that are held primarily for the personal, family, or household use of the debtor or a dependent of the debtor.

\_\_\_ 4. The debtor's aggregate interest, not to exceed $1,875 in value, in jewelry held primarily for the personal, family, or household use of the debtor or a dependent of the debtor.

2

___ 5. The debtor's aggregate interest in any property, not to exceed in value $1,475 plus up to $13,950 of any unused amount of the exemption provided under paragraph (1) of this subsection.

___ 6. The debtor's aggregate interest, not to exceed $2,800 in value, in any implements, professional books, or tools, of the trade of the debtor or the trade of a dependent of the debtor.

___ 7. Any un-matured life insurance contract owned by the debtor, other than a credit life insurance contract.

___ 8. The debtor's aggregate interest, not to exceed in value $14,875 less any amount of property of the estate transferred in the manner specified in section 542(d) of this title, in any accrued dividend or interest under, or loan value of, any un-matured life insurance contract owned by the debtor under which the insured is the debtor or an individual of whom the debtor is a dependent.

___ 9. Professionally prescribed health aids for the debtor or a dependent of the debtor.

___ 10. The debtor's right to receive ---

    ___ (A) a social security benefit, unemployment compensation, or a local public assistance benefit;

    ___ (B) a veterans' benefit;

    ___ (C) a disability, illness, or unemployment benefit;

    ___ (D) alimony, support, or separate maintenance, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

    ___ (E) a payment under a stock bonus, pension, profit-sharing, annuity, or similar plan or contract on account of illness, disability, death, age, or length of service to the extent reasonably necessary for the support of the debtor and any dependent of the debtor, unless----

3

(i)      such plan or contract was established by or under the auspices of an insider that employed the debtor at the time the debtor's rights under such plan or contract arose;

(ii)     such payment is on account of age or length of service; and

(iii)    such plan or contract does not qualify under section 401(a), 403(a), 403(b), or 408 of the Internal Revenue Code of 1986.

\_\_\_ 11. The debtor's right to receive, or property that is traceable to ---

\_\_\_ (A) an award under a crime victim's reparation law;

\_\_\_ (B) a payment on account of the wrongful death of an individual of whom the debtor was a dependent, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

\_\_\_ (C) a payment under a life insurance contract that insured the life of an individual of whom the debtor was a dependent on the date of such individual's death, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor;

\_\_\_ (D) a payment, not to exceed $27,900, on account of personal bodily injury, not including pain and suffering or compensation for actual pecuniary loss, of the debtor or an individual of whom the debtor is a dependent; or

\_\_\_ (E) a payment in compensation of loss of future earnings of the debtor or an individual of whom the debtor is or was a dependent, to the extent reasonably necessary for the support of the debtor and any dependent of the debtor.

\_\_\_ 12. Retirement funds to the extent that those funds are in a fund or account that is exempt from taxation under section 401, 403, 408, 408A, 414, 457, or 501(a) of the Internal Revenue Code of 1986.

## **OR**

## II.   **Federal Law Exemptions, other than those listed in 11 U.S.C. § 522(d), State Law Exemptions and certain co-owned interests in property**

4

a.    Federal, non-bankruptcy exemptions

___ 1.    Certain wages and compensation:

Longshoremen's and harbor workers' compensation, 33 U.S.C. § 916.
Injury or death resulting from war-risk hazard, 42 U.S.C. § 1717.

___ 2.    Social Security benefits, 42 U.S.C. § 407.

___ 3.    Certain retirement funds and accounts:

Civil Service, 5 U.S.C. § 8346(a).
Foreign Service, 22 U.S.C. § 4060(c).
Railroad Retirement, 45 U.S.C. § 231m.
Judges' widows' annuities, 28 U.S.C. § 376(n).

___ 4.    Certain veteran and armed forces benefits:

Laws administered by the Veterans Administration, 38 U.S.C. § §
1970 and 5301.
Armed Forces Survivor Benefit Plan, 10 U.S.C. § 1450(i).
Savings deposited with armed forces, 10 U.S.C. § 1035(d).
Medal of Honor Roll Special Pension, 38 U.S.C. § 1562(c).

___ 5.    Miscellaneous:

Property of a foreign state, 28 U.S.C. § § 1609, 1611.
Rail Fund, 45 U.S.C. § 822(e).

**AND**

b.    Alaska State Exemptions

The following list may not contain all the possible exemptions that exist. Although the list includes all the major Alaska and federal exemptions, there may be others. Unless otherwise noted, all statute references are to the Alaska Statutes.

1.  § 09.38.030(e)(5). Annuities.

5

2. § 34.35.105. Building materials.

3. § 09.38.015, § 10.30.060, and § 10.30.120. Burial plot.

4. § 09.38.015 and § 25.24.160(a)(1). Child support payments.

5. § 09.38.015. Crime victims reparations.

6. § 09.38.015, § 09.38.017, § 09.38.030(a), § 09.38.030(b), § 09.38.030(c), § 09.38.030(d), § 09.38.030(e), § 09.38.030(f), § 09.38.030(g), § 09.38.050(a), § 09.38.050(b), § 09.38.056(a)(1), § 09.38.056(a)(3), § 25.27.062(i) § 25.27.250(i), and 8 Alaska Administrative Code § 95.030. Earnings, Wages, Salary, Benefit Payments, Alimony, Other Income, Cash on Hand or in a Bank (may be exempt under specific conditions).

7. § 06.60.360(e) and § 09.38.015(e). Escrow accounts.

8. § 09.38.015. Health aids.

9. § 09.38.010, § 09.38.080, and 8 Alaska Administrative Code 95.030. Homestead. Equity in "personal residence" property up to $72,000.

10. § 09.38.015, § 09.38.030(e)(3), § 09.38.030(e)(4), and § 09.38.050(a). Insurance proceeds.

11. § 09.38.025 and 8 Alaska Administrative Code 95.030. Life insurance policies and annuity contracts.

12. § 16.43.170(g) and § 16.43.945. Limited entry permits granted under § 16.43.

13. § 09.38.015. Liquor licenses.

14. § 09.38.015 and 47.45.120(b). Longevity bonus payments.

15. § 09.38.015. Medical benefits.

16. § 09.38.030(b) and 8 Alaska Administrative Code 95.030. Money or liquid assets up to $1,890 or $2,970.

17. Alaskan Native land received as a native allotment under a restricted deed from the federal government.

18. Stock of Native Regional Corporation and Native Village Corporations created under the Alaska Native Claims Settlement Act, 43 U.S.C. §1606(h)(1)(B) and 43 U.S.C. § 1607(c).

19. § 09.38.100(b). Partnership property.

20. § 09.38.020, § 09.38.065(a)(1), § 09.38.065(a)(2), § 09.38.065(a)(3), and 8 Alaska Administrative Code 95.030. Specific personal property subject to specific value limits.

21. § 09.30.040. Public corporation property.

22. § 09.38.030(e)(5), § 09.38.017, 09.38.017(e)(3), § 09.38.015(b), § 39.35.505, § 14.25.200, and § 22.25.100. Retirement benefits.

23. Seaman's and Fishermen's wages under certain conditions.

24. § 09.38.060 and 8 Alaska Administrative Code 95.030. Proceeds from property traceable to other exempt property taken or sold or lost or damaged for which you have been indemnified.

25. § 14.40.802, § 09.38.015, and §14.40.802(h). Tuition credit or savings accounts established under § 14.40.809(a).

26. § 09.38.015(b), § 09.38.030(e)(1), and § 23.20.405(e). Unemployment benefits.

27. § 47.35.320, § 47.27.045, and § 47.25.550. Welfare payments, including Alaska Temporary Assistance Program.

28. § 23.30.160 and § 09.38.030(e)(1) and (3). Workers' compensation payments.

**AND**

c.    <u>Certain co-owned property interests.</u>

You will receive an answer from the Garnishee. You have a right to file an objection to the Garnishee's answer and ask the Court to return your property to you if you believe the property the United States is taking qualifies under one of the above exemptions. Any objection must be filed **in writing within twenty (20) days** after you receive the answer from the Garnishee and must state the grounds for the objection.

YOU ARE ALSO NOTIFIED, if you want a hearing, you must notify the court **within 20 days** after receipt of the answer from the Garnishee. If the Garnishee does not answer, you must notify the Court within **(20) days of this notice** if you want a hearing. Any objection or request for a hearing must be made in writing, and either mailed or delivered in person to:

**United States District Court for the District of Alaska**
**Office of the Clerk**
**U.S. District Court**
**222 W. 7th Avenue, Room 229, Box/Suite #4**
**Anchorage, AK 99513**

and reference Civil Action No. 3:23-cv-260. If you wish, you may use the attached document to object or request a hearing. You must also send a copy of your objection and request for a hearing to the United States at:

**Dan Applegate**
**Trial Attorney, Tax Division**
**U.S. Department of Justice**
**Ben Franklin Station, P.O. Box 7238**
**Washington, DC 20044**

8

and to the Garnishee at:

**Revolut Technologies, Inc.**
**107 Greenwich Street, 20th Floor**
**New York, NY 10006**

The hearing will take place within 10 days after the court receives your request or as soon after that as is practicable. At the hearing you may explain to the judge why you believe the property is exempt.

If you live outside the federal judicial district in which the Court is located, you may request, not later than twenty (20) days after you receive this notice, that this proceeding be transferred by the Court to the federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court for the United States District Court for the District of Alaska, Office of the Clerk, U.S. District Court, 222 W. 7th Avenue, Room 229, Box/Suite #4, Anchorage, AK 99513. You must also send a copy of your request to Dan Applegate, Trial Attorney, Department of Justice, Tax Division, P.O. Box. 7238, Ben Franklin Station, Washington, D.C. 20044, to notify the United States of your desire to transfer the proceeding.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of Court. The clerk is not permitted to give you legal advice but can refer you to other sources of information.

Dated: _____

                              CANDICE M. DUNCAN
                              CLERK OF COURT


By: _____
                             **DEPUTY CLERK**
                             Clerk of the Court
                             District of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,           )
                                    )
                  Plaintiff,        )
                                    )
        v.                          )       Case No. 3:23-cv-260
                                    )
ANNA M. RIEZINGER-VON REITZ a/k/a   )
ANNA MARIA RIEZINGER a/k/a ANNA M.  )
BELCHER,                            )
                                    )
                  Defendant.        )

## JUDGMENT DEBTOR'S CLAIM OF EXEMPTIONS, OBJECTIONS TO GARNISHEE'S ANSWER, <u>REQUEST FOR HEARING, AND REQUEST FOR TRANSFER</u>

You are entitled to a hearing if you are asserting that the property subject to garnishment is exempt or if you claim that the United States failed to comply with any statutory requirements for the issuance of the writ of garnishment. *See* 28 U.S.C. §§ 3202 and 3205(c)(5). You bear the burden of proving such grounds. 28 U.S.C. § 3205(c)(5).

You may claim an exemption, object to the Garnishee's Answer, request a hearing, or request a transfer of venue by completing the following form or by creating your own document. You must mail or deliver the original to the United States District Clerk and mail a copy to the United States of America and the Garnishee as explained in the attached Clerk's Notice of Post-Judgment Garnishment, and Instructions to the Judgment Debtor. *See* 28 U.S.C. §§ 3202, 3205(c)(5).

## I.    Objection to Garnishee's Answer

☐    1.    I object to the garnishment based on the exemption(s) listed below:

_____

_____

_____

_____

_____

_____

2.     I object to the garnishment because the United States failed to comply with the

following statutory requirements for issuing the garnishments:

_____

_____

_____

_____

_____

_____

**II.     REQUEST FOR HEARING**

☐     I request a hearing because:

_____

_____

_____

_____

2

_____

_____

_____

_____


**III.    REQUEST FOR TRANSFER (note: the request for a transfer is due 20 days from the date of receipt of this notice.  The objection to the Garnishee's Answer is due 20 days from the date you receive the Garnishee's Answer).**

☐    I request a transfer to the federal judicial district in which I reside, which is the

_____ District of _____ (state).


Judgment Debtor's
Signature:        _____

Date:        _____

Address:        _____

        _____

        _____

E-mail:        _____

Daytime Telephone:        _____


Mail your original completed response or request to:

United States District Court for the District of Alaska
Office of the Clerk
U.S. District Court
222 W. 7th Avenue, Room 229, Box/Suite #4
Anchorage, AK 99513

3

And send a copy to:

      Dan Applegate
      Trial Attorney
      U.S. Department of Justice Tax Division,
      Ben Franklin Station, P.O. Box 7238
      Washington, DC 20044


And send a copy to:

      Revolut Technologies, Inc.
      107 Greenwich Street, 20th Floor
      New York, NY 10006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-260 |
| | ) | |
| ANNA M. RIEZINGER-VON REITZ a/k/a | ) | |
| ANNA MARIA RIEZINGER a/k/a ANNA M. | ) | |
| BELCHER, | ) | |
| | ) | |
| Defendant. | ) | |

**INSTRUCTIONS TO THE GARNISHEE**

Pursuant to the Federal Debt Collections Procedures Act of 1990, 28 U.S.C.

§3205(c)(3)(A), the United States serves the following instructions upon Garnishee with

a copy of the Writ of Garnishment.

1. Enclosed is a Writ of Garnishment requiring you to determine whether or
   not you have in your possession, custody or control any of the property of
   the debtor listed therein, or any other property of the debtor.

2. You are required by law to serve a written answer to this Writ within <u>10
   days</u> of the service of this Writ.  You are further required to withhold and
   retain any property, including earnings, in which the debtor has a
   substantial non-exempt interest.

3. **Do not send this money to the United States at this time; the Federal
   Debt Collection Procedures Act requires that the Garnishee withhold
   such money pending the issuance/approval of the final order**.  When an

ORDER OF GARNISHMENT is issued/approved in this matter, you will be served with a copy of that order with instructions as to where to send the garnishment payments.

4. Pursuant to 28 U.S.C. § 3205(c)(6), if you fail to answer this Writ or to withhold property in accordance with the Writ, the United States may petition the court for an order requiring you to appear before the court to answer the writ and to so withhold property before the appearance date. If you fail to appear, or appear and fail to show good cause why you failed to comply with the writ, the court shall enter judgment against you for the value of the judgment debtor's nonexempt interest in such property (including nonexempt disposable earnings). The court may award a reasonable attorney's fee to the United States and against you if the writ is not answered within the time specified therein and a petition requiring you to appear is filed as provided in this section.

5. A form answer has been included with these instructions for your use, should you desire to use it. You are not required to use the form answer. If you use the form answer, please fill out the information completely and send the original to the Clerk of Court as directed in the Writ of Garnishment. Copies of your answer must be mailed to the U.S. Department of Justice, Tax Division, and the defendant (as set forth in the writ of garnishment).

2

6. If you have any additional questions concerning this procedure, please contact the attorney for the United States Department of Justice, Tax Division, Dan Applegate, at 202-353-8180 or daniel.a.applegate@usdoj.gov. The U.S. Department of Justice cannot provide you with legal advice on this matter; for legal advice, you should contact an attorney.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,     )
                                 )
             Plaintiff,      )
                                 )
        v.                  )     Case No. 3:23-cv-260
                                 )
ANNA M. RIEZINGER-VON REITZ a/k/a  )
ANNA MARIA RIEZINGER a/k/a ANNA M.  )
BELCHER,                     )
                                 )
            Defendant.     )

## ANSWER OF THE GARNISHEE

I, _____, being duly sworn deposes and says:

    (Affiant)

That affiant is the _____ (state official title) of Garnishee.

On _____, 20_25_, Garnishee was served with the Writ of

Garnishment.

1. Have there been previous garnishments in effect against the Judgment Debtor,

   Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M.

   Belcher?

        Yes _____    No _____

   If the answer is yes, describe the previous garnishment and the extent to which any

   remaining property is not exempt:

2. The Garnishee has possession, custody, or control over nonexempt disposable earnings of the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, including wages or salary paid to the Judgment Debtor:

*Amount*                           *Period due (weekly, bi-weekly, etc.)*

$_____          _____

$_____          _____

$_____          _____

3. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher maintains a nonexempt interest (including any nonexempt property remaining after any other garnishment listed in paragraph 1, above), as described below:

*Description of Property*       *Approximate*         *Description of Judgment Debtor's*
*(List only the last 4*            *Value*                        *Interest in Property*
*digits of a financial account*
*number)*

_____     _____     _____

_____     _____     _____

_____     _____     _____

_____     _____     _____

2

4. The Garnishee anticipates owing the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher the following amounts in the future (other than those listed, above):

*Amount*                    *Estimated Date(s) of Payment*

$_____            _____

$_____            _____

$_____            _____


5. If you deny that you hold property subject to this Writ of Garnishment, check the applicable line below.

[__]   The Garnishee makes the following claim of exemption on the part of the Judgment Debtor:

_____

[__]   The Garnishee has the following objections, defenses, or set-offs to the United States' right to apply Garnishee's indebtedness to the United States' judgment against the Judgment Debtor:

_____

[__]   The Garnishee does not have in its possession, control, or custody any property belonging to the Judgment Debtor (or property in which he has an interest), does not anticipate owing property to the Judgment Debtor in the future, and is in no manner liable to the Judgment Debtor.

3

The Garnishee mailed the Original Answer to:

> United States District Court for the District of Alaska
> Office of the Clerk
> U.S. District Court
> 222 W. 7th Avenue, Room 229, Box/Suite #4
> Anchorage, AK 99513

Additionally, you are required by law to serve a copy of your Answer upon the Judgment Debtor at:

> Anna Maria Riezinger-Von Reitz
> P.O. Box 520994
> Big Lake, Alaska 99652

> Anna Maria Riezinger-Von Reitz
> 2390 South Park Rd.
> Big Lake, Alaska 99652

*and* upon the United States at:

> Dan Applegate
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Ben Franklin Station, P.O. Box 7238
> Washington, DC 20044

_____
Signature of Affiant

On behalf of Garnishee:

_____

Address:

_____

_____

4

Email: _____

Telephone: _____

Subscribed and sworn to before me this _____ day of _____, 2025.

_____
Notary Public

My Commission expires: