DANIEL A. APPLEGATE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Of Counsel:
MICHAEL J. HEYMAN
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANNA M. RIEZINGER-VON REITZ a/k/a ) <br> ANNA MARIA RIEZINGER a/k/a ANNA M. ) <br> BELCHER, ) <br> ) <br> Defendant. ) | Case No. 3:23-cv-260 |

**DECLARATION OF DANIEL APPLEGATE**

I, Daniel A. Applegate, counsel for the United States in this case, declare as follows:

1. On May 5, 2025, I issued a subpoena to Block, Inc. as part of efforts to collect on the judgment entered in this case, requesting records of the CashApp account of defendant Anna M. Riezinger-Von Reitz ("the Defendant").

2. Block, Inc. produced records showing that the Defendant's CashApp account was

1

linked to a debit card, ending 5996, issued by Global Federal Credit Union. The Block, Inc. records also showed that the Defendant identified an address of 1336 Staubach Circle, Anchorage, AK 99508.

3. I have attached as Exhibit A a true and correct copy of the business records declaration of Block, Inc. pertaining to the records that it produced in response to the subpoena referenced above in paragraph 1.

4. I have attached as Exhibit B a true and correct copy of records, produced by Block, Inc., related to the Defendant showing the Global Financial Credit Union debit card ending 5996 and the address of 1336 Staubach Circle, Anchorage, AK 99508, redacted to protect financial account information.

5. On July 16, 2025, I issued a subpoena to Global Federal Credit Union as part of the United States' efforts to collect on the judgment entered in this case, requesting records related to the Defendant. In correspondence to Global Federal Credit Union I identified the debit card number that was linked to the Defendant's CashApp account, as identified in the Block, Inc. records referenced above.

6. I have attached as Exhibit C a true and correct copy of the business records declaration of Global Federal Credit Union pertaining to the records that it produced in response to the subpoena referenced above in paragraph 5.

7. I have attached as Exhibit D a true and correct copy of the Global Federal Credit Union Membership Application and Master/Joint/Account Agreements for account XXXXXX3457 and debit card ending 5996, produced by Global Federal

Credit Union, redacted to protect financial account information.

8. I have attached as Exhibit E a true and correct copy of an example of a check and money order made out to the Defendant and deposited in Global Federal Credit Union account XXXXXX3457, produced by Global Federal Credit Union, redacted to protect financial account information.

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2025

/s/ Daniel A. Applegate
DANIEL A. APPLEGATE
Trial Attorney, Tax Division