IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:23-cv-260<br>) |
| ANNA M. RIEZINGER-VON REITZ a/k/a<br>ANNA MARIA RIEZINGER a/k/a ANNA M.<br>BELCHER, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ANSWER OF THE GARNISHEE

I, __Chase Humphreys__, being duly sworn deposes and says:

(Affiant)

That affiant is the __Legal Process Specialist__ (state official title) of Garnishee.

On __October 27th__, 20__25__, Garnishee was served with the Writ of Garnishment.

1. Have there been previous garnishments in effect against the Judgment Debtor, Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher?

    Yes ____  No __X__

    If the answer is yes, describe the previous garnishment and the extent to which any remaining property is not exempt:

4. The Garnishee anticipates owing the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher the following amounts in the future (other than those listed, above):   N/A

| Amount | Estimated Date(s) of Payment |
|---|---|
| $_____ | _____ |
| $_____ | _____ |
| $_____ | _____ |

5. If you deny that you hold property subject to this Writ of Garnishment, check the applicable line below.

[__]   The Garnishee makes the following claim of exemption on the part of the Judgment Debtor:

_____

[__]   The Garnishee has the following objections, defenses, or set-offs to the United States' right to apply Garnishee's indebtedness to the United States' judgment against the Judgment Debtor:

_____

[__]   The Garnishee does not have in its possession, control, or custody any property belonging to the Judgment Debtor (or property in which he has an interest), does not anticipate owing property to the Judgment Debtor in the future, and is in no manner liable to the Judgment Debtor.

2. The Garnishee has possession, custody, or control over nonexempt disposable earnings of the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, including wages or salary paid to the Judgment Debtor:   Defendant is not an employee

| *Amount* | *Period due (weekly, bi-weekly, etc.)* |
|---|---|
| $_____ | _____ |
| $_____ | _____ |
| $_____ | _____ |

3. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher maintains a nonexempt interest (including any nonexempt property remaining after any other garnishment listed in paragraph 1, above), as described below:

| *Description of Property (List only the last 4 digits of a financial account number)* | *Approximate Value* | *Description of Judgment Debtor's Interest in Property* |
|---|---|---|
| 1 Cash App Account (qm5j) | $123.58 on hold | $123.58 on hold |
| | | |
| | | |
| | | |

2

The Garnishee mailed the Original Answer to:

> United States District Court for the District of Alaska
> Office of the Clerk
> U.S. District Court
> 222 W. 7th Avenue, Room 229, Box/Suite #4
> Anchorage, AK 99513

Additionally, you are required by law to serve a copy of your Answer upon the Judgment Debtor at:

> Anna Maria Riezinger-Von Reitz
> P.O. Box 520994
> Big Lake, Alaska 99652

> Anna Maria Riezinger-Von Reitz
> 2390 South Park Rd.
> Big Lake, Alaska 99652

*and* upon the United States at:

> Dan Applegate
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Ben Franklin Station, P.O. Box 7238
> Washington, DC 20044

_____
Signature of Affiant

On behalf of Garnishee:

Chase Humphreys Legal Process Specialist Block Inc

Address:

1955 Broadway, Suite 600

Oakland, CA 94612

4

Email: Civil_Process@squareup.com

Telephone: _____

Subscribed and sworn to before me this 29th day of Oct., 2025.

_____
Notary Public

My Commission expires:
April, 18, 2027

PETER C B SCOBELL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 18, 2027

5

BLOCK INC - MSC 711
1955 Broadway Suite 600
Oakland CA 94612

WILMINGTON DE 197

29 OCT 2025 PM 3 L

1775 ★ 20



United States District Court
For District of Alaska
Office of the Clerk
U.S. District Court
222 W. 7th Ave
Room 229, Box/Ste #4
Anchorage AK 99513
99513-750099