IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


RECEIVED
NOV 06 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) Case No. 3:23-cv-260
)
ANNA M. RIEZINGER-VON REITZ a/k/a )
ANNA MARIA RIEZINGER a/k/a ANNA M. )
BELCHER, ) Garnished Amount: $ 7,476.05
) Global Credit Union
    Defendant. )

### ANSWER OF THE GARNISHEE

I, __Rosemary Kazim_____, being duly sworn deposes and says:

    (Affiant)

That affiant is the __Record Custodian__ (state official title) of Garnishee.

On __October 30_____, 20__25__, Garnishee was served with the Writ of Garnishment.

1. Have there been previous garnishments in effect against the Judgment Debtor, Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher?

    Yes ____ No ✗

If the answer is yes, describe the previous garnishment and the extent to which any remaining property is not exempt:

2. The Garnishee has possession, custody, or control over nonexempt disposable earnings of the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, including wages or salary paid to the Judgment Debtor:

| Amount | Period due (weekly, bi-weekly, etc.) |
|---|---|
| $ N/A | N/A |
| $ | |
| $ | |

3. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher maintains a nonexempt interest (including any nonexempt property remaining after any other garnishment listed in paragraph 1, above), as described below:

| Description of Property (List only the last 4 digits of a financial account number) | Approximate Value | Description of Judgment Debtor's Interest in Property |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |
| | | |

2

Case 3:23-cv-00260-SLG    Document 21    Filed 11/06/25    Page 2 of 6

4. The Garnishee anticipates owing the Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher the following amounts in the future (other than those listed, above):

| Amount | Estimated Date(s) of Payment |
|---|---|
| $ N/A | N/A |
| $ | |
| $ | |

5. If you deny that you hold property subject to this Writ of Garnishment, check the applicable line below.

[ ] The Garnishee makes the following claim of exemption on the part of the Judgment Debtor:

_____

[ ] The Garnishee has the following objections, defenses, or set-offs to the United States' right to apply Garnishee's indebtedness to the United States' judgment against the Judgment Debtor:

_____

[ ] The Garnishee does not have in its possession, control, or custody any property belonging to the Judgment Debtor (or property in which he has an interest), does not anticipate owing property to the Judgment Debtor in the future, and is in no manner liable to the Judgment Debtor.

3

The Garnishee mailed the Original Answer to:

United States District Court for the District of Alaska
Office of the Clerk
222 W. 7th Avenue, Room 229, Box/Suite #4
Anchorage, AK 99513

Additionally, you are required by law to serve a copy of your Answer upon the Judgment Debtor at:

Anna Maria Riezinger-Von Reitz
P.O. Box 520994
Big Lake, Alaska 99652

Anna Maria Riezinger-Von Reitz
2390 South Park Rd.
Big Lake, Alaska 99652

*and* upon the United States at:

Dan Applegate
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7238
Washington, DC 20044

*R Kazim*
Signature of Affiant

On behalf of Garnishee:

Rosemary Kazim

Address:

Global Federal Credit Union
P.O. Box 196613
Anchorage, AK 99519-6613

Email: recordscustodian@globalcu.org

Telephone: 907-786-2580

4

Subscribed and sworn to before me this 30th day of October, 2025.

_____
Notary Public

My Commission expires:

```
FLORA HUNSUCKER
Notary Public
State of Alaska
My Commission Expires May 13, 2029
```



GLOBAL
CREDIT UNION

P.O. Box 196613
Anchorage, Alaska 99519-6613

RETURN SERVICE REQUESTED

FIRST CLASS MAIL

United States District Court for the
District of Alaska
222 W. 7TH Avenue, Room #229,
Box/Suite #4
ANCHORAGE, AK 99513

FIRST-CLASS



ZIP 99503
02 7W
0008034261 NOV 04 2025
$ 001.90⁰
US POSTAGE — PITNEY BOWES