IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



RECEIVED
NOV 10 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　 )
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Case No. 3:23-cv-260
　　　　　　　　　　　　　　　　　　)
ANNA M. RIEZINGER-VON REITZ a/k/a　)
ANNA MARIA REIZINGER a/k/a ANNA M. )
BELCHER,　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　 )

### ANSWER OF THE GARNISHEE

Pursuant to 28 U.S.C.§ 1746, I, Kathryn Allison, hereby declare as follows:

1. I am a Senior Paralegal at Revolut Technologies Inc. ("Garnishee" or "Revolut")

2. On October 30, 2025, Garnishee was served with the Writ of Garnishment.

3. There have been no previous garnishments in effect against the Judgement Debtor, Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher.

4. The Judgment Debtor maintains a reloadable prepaid card account (the "Account") as part of the Revolut Prepaid Visa and Prepaid Mastercard Program, where Revolut acts as Program Manager and where cards are issued by Lead Bank. The Judgment Debtor's account, last four digits 2804, has the following property, all of which appears to be non-exempt:

   a. 9,661.49 USD

   b. 490.00 GBP

   c. 430.50 EUR

   d. 50.00 AUD

5. The Garnishee does not anticipate owing the Judgement Debtor any amounts in the future.

1

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATE: November 5, 2025

Executed at: New York, NY

*Kathryn Allison*
Kathryn Allison
Revolut Technologies Inc.
107 Greenwich Street, Floor 20
New York, NY 10006
Email: legal-us@revolut.com

## CERTIFICATE OF SERVICE

I certify that this Answer of the Garnishee will be mailed to:

United States District Court for the District of Alaska
Office of the Clerk
U.S. District Court
222 W. 7th Avenue, Room 229, Box/Suite #4
Anchorage, AK 99513

I further certify that copies of this Answer of the Garnishee will be served by mail upon:

Anna Maria Riezinger-Von Reitz
P.O. Box 520994
Big Lake, Alaska 99652

Anna Maria Riezinger-Von Reitz
2390 South Park Rd.
Big Lake, Alaska 99652

Dan Applegate
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 7238
Washington, DC 20044
daniel.a.applegate@usdoj.gov

DATE: November 5, 2025

_____
Kathryn Allison

