DANIEL A. APPLEGATE
Trial Attorney, U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Of Counsel:
MICHAEL J. HEYMAN
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-260-SLG ) |
| ANNA M. RIEZINGER-VON REITZ a/k/a ANNA MARIA RIEZINGER a/k/a ANNA M. BELCHER, | ) ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| BLOCK, INC., | ) ) |
| Garnishee. | ) |

**JUDGMENT CREDITOR UNITED STATES'
MOTION FOR DISPOSITION ORDER TO BLOCK, INC.**

Judgment Creditor the United States of America moves the Court pursuant to 28 U.S.C. § 3205(c)(7) for a disposition order directing the garnishee Block, Inc. ("Block") to deliver garnished funds to the United States for application to the judgment debt of

1

Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher. In support of this motion, the United States avers as follows:

1. On June 5, 2024, the Court entered judgment in favor of the United States and against Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, in the amount of $1,224,549.41 plus statutory interest and additions accruing after May 10, 2024. (ECF No. 11.) The judgment is for federal income tax liabilities assessed against Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, along with accrued interest and statutory additions and fees, for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009.

2. As of September 25, 2025, the amount of the judgment debt is $1,357,066.92.

3. The Court issued a writ of garnishment against Block on October 27, 2025, garnishing funds in accounts held by Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher. (*See* ECF No. 17 and October 27, 2025 docket text.)

4. On October 27, 2025, the United States served Block with the writ (along with the Clerk's Notice of Garnishment, a copy of the Government's application for the writ, instructions to the garnishee, and an answer form). (Declaration of Daniel Applegate, ¶ 2.)

5. On October 31, 2025, the United States served Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher with its application for the writ, the writ itself, the Clerk's Notice, and a form (with instructions) for Riezinger to claim

exemptions, object to the garnishee's answer, or request a transfer of the proceeding. (Declaration of Daniel Applegate, ¶ 3.)

6. Block served an answer to the writ on November 10, 2025. (ECF No. 22.) Block's answer states that as of October 29, 2025, the garnished funds in accounts held by Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, specifically a Cash App Account (qm5j), amounted to $123.58. (*Id*.)

7. No party has objected to Block's answer or raised any claim of exemption.

8. The delivery of the funds shall be made by electronic payment through pay.gov, at the URL: https://www.pay.gov/public/form/entry/101/5137251/ (which can also be found by going to pay.gov, searching for "DOJ DAOG/CDCS," and selecting the first search result "DOJ DEBT COLLECTION MANAGEMENT"), then following the prompts and making payment to **CDCS # 2024A44040**. Instructions may also be obtained by contacting undersigned counsel.

9. No party to this action related to the writ of garnishment against Block is entitled to attorney's fees or costs.

WHEREFORE, the United States moves the Court pursuant to 28 U.S.C. § 3205(c)(7) for a disposition order directing the garnishee Block, Inc., to deliver to the United States, within 21 days of the Court's order, all funds in accounts held by Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, specifically and including the Cash App Account (qm5j), for application to the judgment debt of Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher identified above in paragraphs 1 and 2.

Dated: December 5, 2025

          *s/ Daniel A. Applegate*
          DANIEL A. APPLEGATE
          MI Bar No. P70452
          U.S. Department of Justice
          P.O. Box 7238, Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 353-8180
          Fax: (202) 514-6770
          Daniel.A.Applegate@usdoj.gov
          Attorney for United States of America

4

Case 3:23-cv-00260-SLG     Document 23     Filed 12/05/25     Page 4 of 5

## CERTIFICATE OF SERVICE

It is hereby certified that on December 5, 2025, service of the foregoing JUDGMENT CREDITOR UNITED STATES' MOTION FOR DISPOSITION ORDER was made through the Court's CM/ECF system and by directing a copy of it by First Class U.S. Mail (and by email where noted) to:

Anna Maria Riezinger
P.O. Box 520994
Big Lake, Alaska 99652

Anna Maria Riezinger
2390 South Park Rd.
Big Lake, Alaska 99652


Block, Inc.
1955 Broadway, Suite 600
Oakland, CA 94612
lawenforcement@squareup.com

                                            s/ Daniel A. Applegate
                                            DANIEL A. APPLEGATE
                                            Trial Attorney, U.S. Department of Justice