DANIEL A. APPLEGATE
Trial Attorney, U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
daniel.a.applegate@usdoj.gov

Of Counsel:
MICHAEL J. HEYMAN
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:23-cv-260-SLG |
| ANNA M. RIEZINGER-VON REITZ a/k/a ANNA MARIA RIEZINGER a/k/a ANNA M. BELCHER, | ) ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| GLOBAL FEDERAL CREDIT UNION, | ) ) |
| Garnishee. | ) |

**JUDGMENT CREDITOR UNITED STATES' MOTION FOR DISPOSITION ORDER TO GLOBAL FEDERAL CREDIT UNION**

Judgment Creditor the United States of America moves the Court pursuant to 28 U.S.C. § 3205(c)(7) for a disposition order directing the garnishee Global Federal Credit Union to deliver garnished funds to the United States for application to the judgment debt

1

of Judgment Debtor Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher. In support of this motion, the United States avers as follows:

1. On June 5, 2024, the Court entered judgment in favor of the United States and against Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, in the amount of $1,224,549.41 plus statutory interest and additions accruing after May 10, 2024. (ECF No. 11.) The judgment is for federal income tax liabilities assessed against Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, along with accrued interest and statutory additions and fees, for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009.

2. As of September 25, 2025, the amount of the judgment debt is $1,357,066.92.

3. The Court issued a writ of garnishment against Global Federal Credit Union on October 27, 2025, garnishing funds in accounts held by Harold Heinze, a nominee of Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher. (*See* ECF No. 19 and October 27, 2025 docket text.)

4. On October 29, 2025, the United States served Global Federal Credit Union with the writ (along with the Clerk's Notice of Garnishment, a copy of the Government's application for the writ, instructions to the garnishee, and an answer form). (Declaration of Daniel Applegate ¶ 2, Ex. 1.)

5. On October 31, 2025, the United States served Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher with its application for the writ, the writ itself, the Clerk's Notice, and a form (with instructions) for Riezinger to claim

2

Case 3:23-cv-00260-SLG    Document 25    Filed 01/28/26    Page 2 of 7

exemptions, object to the garnishee's answer, or request a transfer of the proceeding. (*Id.* at ¶ 8.)

6. On October 31, 2025, counsel for the United States spoke with Harold Heinze by telephone, and subsequently caused to be sent to Mr. Heinze by overnight FedEx delivery the application for the writ, the writ itself, the Clerk's Notice, and a form (with instructions) for Heinze to claim exemptions, object to the garnishee's answer, or request a transfer of the proceeding. (*Id.* at ¶¶ 3-4.)

7. On November 3, 2025, the United States personally served Harold Heinze with its application for the writ, the writ itself, the Clerk's Notice, and a form (with instructions) for Heinze to claim exemptions, object to the garnishee's answer, or request a transfer of the proceeding. (*Id.* at ¶ 5, Ex. 2.)

8. Global Federal Credit Union served an answer to the writ on November 6, 2025. (ECF No. 21.) Global Federal Credit Union's answer states that as of October 30, 2025, the garnished funds amounted to $7,476.05. (*Id.*)

9. On November 17, 2025, the United States served Harold Heinze with a copy of Global Federal Credit Union's answer to the writ of garnishment by first class U.S. mail. (Declaration of Daniel Applegate ¶ 7.)

10. No party has objected to Global Federal Credit Union's answer or raised any claim of exemption. (*See* docket; Declaration of Daniel Applegate ¶ 6.)

11. On July 16, 2025 and December 4, 2025, the United States issued subpoenas to Global Federal Credit Union requesting records, including copies of checks, deposit slips, money orders, and wire transfers, showing deposits made into account

3

number XXXXXX3457 from January 1, 2018 through December 4, 2025. (Declaration of Daniel Applegate ¶¶ 9-10.) Records produced by Global Federal Credit Union show that from October 14, 2022 through October 26, 2025, a total of $235,638.56 in deposits made payable to Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher were deposited into account number XXXXXX3457 held in the name of Harold Heinze. (Declaration of Pamela Schrenk ¶¶ 2-4.) This includes a $10,000 check deposited on October 21, 2025, made payable to "Anna Von Reitz or Harold Heinze." (*Id*. at ¶ 4.)

12. This total amount of $235,638.56 does not include checks or payments made payable only to "Anna" with no last name, or that only reference "Anna" in the memo line. (*Id*. at ¶¶ 5-6.) For example, on October 21, 2025 and October 24, 2025, deposited checks or money orders containing a notation of "Anna Donation," "Anna Sympathy," "for Anna," or some similar reference, totaled $6,180. (*Id*. at ¶ 6.)

13. Thus, it is evident that Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher is using this account in the name of her nominee Harold Heinze to avoid collection of her unpaid tax liability, and that Heinze has no claim to these funds.

14. Harold Heinze has not asserted any claim to the funds in the account or objected to the writ of garnishment. (*See* docket; Declaration of Daniel Applegate ¶ 6.)

15. The United States requests the delivery of the funds be made by electronic payment through pay.gov, at the URL:

https://www.pay.gov/public/form/entry/101/5137251/ (which can also be found by going

to pay.gov, searching for "DOJ DAOG/CDCS," and selecting the first search result "DOJ DEBT COLLECTION MANAGEMENT"), then following the prompts and making payment to **CDCS # 2024A44040**. Instructions may also be obtained by contacting undersigned counsel.

16. No party to this action related to the writ of garnishment against Global Federal Credit Union is entitled to attorney's fees or costs.

WHEREFORE, the United States moves the Court pursuant to 28 U.S.C. § 3205(c)(7) for a disposition order directing the garnishee Global Federal Credit Union, to deliver to the United States, within 21 days of the Court's order, all funds in accounts held by Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, specifically and including the account held in the name of Harold Heinze, account number XXXXXX3457 [1], for application to the judgment debt of Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher identified above in paragraphs 1 and 2.

Dated: January 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

*s/ Daniel A. Applegate*
DANIEL A. APPLEGATE
MI Bar No. P70452
Tax Litigation Branch, Civil Division

---

[1] The full account number is being withheld from this filing for privacy reasons. However, the United States will provide the account number to the Garnishee upon request, if necessary to comply with the Writ of Garnishment.

U.S. Department of Justice
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8180
Fax: (202) 514-6770
Daniel.A.Applegate@usdoj.gov
Attorney for United States of America

6

## CERTIFICATE OF SERVICE

It is hereby certified that on January 28, 2026, service of the foregoing JUDGMENT CREDITOR UNITED STATES' MOTION FOR DISPOSITION ORDER was made through the Court's CM/ECF system and by directing a copy of it by First Class U.S. Mail (and by email where noted) to:

Anna Maria Riezinger
P.O. Box 520994
Big Lake, Alaska 99652

Anna Maria Riezinger
2390 South Park Rd.
Big Lake, Alaska 99652

Harold Heinze
3877 Quartz Circle
Anchorage, AK 99502

Global Federal Credit Union
4000 Credit Union Drive
Anchorage, AK 99503
LRCoordinator@globalcu.org

                                                s/ Daniel A. Applegate
                                                DANIEL A. APPLEGATE
                                                Trial Attorney, U.S. Department of Justice