# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ANNA M. RIEZINGER-VON REITZ
a/k/a ANNA MARIA RIEZINGER a/k/a
ANNA M. BELCHER,

        Defendant.

Case No. 3:23-cv-00260-SLG

## DISPOSITION ORDER RE GLOBAL FEDERAL CREDIT UNION

Before the Court at Docket 25 is the United States' Motion for Disposition Order to Global Federal Credit Union. Upon due consideration, the Motion is GRANTED. IT IS HEREBY ORDERED that:

- The United States demonstrated that Harold Heinze holds the funds of Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher as her nominee, in Global Federal Credit Union account number XXXXXX3457.

- Harold Heinze did not object to the writ of garnishment and did not make any claim to the funds in Global Federal Credit Union account number XXXXXX3457.

- Global Federal Credit Union shall deliver to the United States, within 21 days of this Order, all funds in accounts held by Anna M. Riezinger-Von Reitz

a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, or in accounts held by Harold Heinze as the nominee of Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher, specifically Global Federal Credit Union account number XXXXXX3457, for application to Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher's judgment debt.

- The delivery of the funds shall be made by electronic payment through pay.gov, at URL https://www.pay.gov/public/form/entry/101/5137251/ (which can also be found by going to pay.gov, searching for "DOJ DAOG/CDCS," and selecting the first search result "DOJ DEBT COLLECTION MANAGEMENT"), then following the prompts and making payment to **CDCS # 2024A44040**. Instructions for how to make electronic payment may also be obtained by contacting counsel for the United States, Daniel Applegate, at 202-353-8180 or daniel.a.applegate@usdoj.gov.

- No party to this action related to the writ of garnishment against Global Federal Credit Union is entitled to attorney's fees or costs.

DATED this 3rd day of March, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23 cv-00260-SLG, *United States of America v. Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher*
Disposition Order re Global Federal Credit Union
Page 2 of 2

Case 3:23-cv-00260-SLG    Document 28    Filed 03/03/26    Page 2 of 2